VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ABEL CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00054-DAD-BAM |
|---|---|
| *Plaintiff,* | **STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA IN DISTRICT COURT; ORDER** |
| vs. | |
| ABEL CASTRO, | DATE: March 9, 2020 |
| *Defendant.* | TIME: 10:00 a.m. |
| | JUDGE: Hon. DALE A. DROZD |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the status conference now set for February 10, 2010 at 1:00 p.m. may be vacated and that this matter may be calendared for change of plea on March 9, 2010 at 10:00 a.m. before the Honorable Dale A. Drozd, District Court Judge.

The parties further stipulate and agree that time may be excluded up to and including March 9, 2020 pursuant to §3161 (h)(7)(A) of the Speedy Trial Act because the delay resulting from such continuance is necessary for the parties to finalize their plea agreement and set it before the district court. For that reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

///

///

Respectfully submitted,

Dated: February 4, 2020

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Attorney for Defendant

Dated: February 4, 2020

*/s/ Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant U.S. Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for February 10, 2020, is hereby vacated and a change of plea hearing is set for March 9, 2020 at 10:00 a.m. before the Honorable Dale A. Drozd, and that the time period between February 10, 2020, and March 9, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **February 4, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE