1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  P.O. Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   ABEL GREGORY CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00054-DAD-BAM |
|---|---|
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING HEARING; ORDER |
| vs. | |
| ABEL GREGORY CASTRO | DATE: July 27, 2020 |
| *Defendant.* | TIME: 10:00 a.m.<br>JUDGE: Hon. DALE A. DROZD |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the sentencing hearing now set for June 9, 2020, may be continued to July 27, 2020, at 10:00 a.m.  The defense proposes this stipulation because due to difficulties in communicating with his client telephonically from the jail, counsel has not yet been able to complete a review of the draft presentence report with the defendant.  In addition, it is anticipated that some investigation of criminal records will have to be undertaken.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: May 18, 2020        */s/ Laurel J. Montoya*
                           LAUREL J. MONTOYA
                           Assistant United States Attorney
                           Attorney for Plaintiff

Dated: May 18, 2020        */s/ Victor M. Chavez*
                           VICTOR M. CHAVEZ
                           Attorney for Defendant
                           ABEL GREGORY CASTRO

**PROPOSED ORDER**

GOOD CAUSE APPEARING, the Court grants the stipulation of the parties. The sentencing in this matter is hereby continued to July 27, 2020 at 10;00 A.M.

IT IS SO ORDERED.

Dated:   **May 18, 2020**   _____
UNITED STATES DISTRICT JUDGE