PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00054-DAD-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JULIAN AISPURO, JR., and ABEL GREGORY CASTRO, | |
| Defendants. | |

WHEREAS, on or about July 27, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Abel Gregory Castro in the following property:

    a. Smith and Wesson, .38 caliber revolver, and

    b. All ammunition seized.

WHEREAS, on or about August 13, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Julian Aispuro, Jr. in the above-listed property.

AND WHEREAS, beginning on August 14, 2020, and again on September 2, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said

published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Abel Gregory Castro and Julian Aispuro, Jr.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **April 16, 2021**

_____
UNITED STATES DISTRICT JUDGE